1

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY BREW,                                          CV F 04-5445 REC LJO P

               Plaintiff,

       v.                                          ORDER FINDING SERVICE OF COMPLAINT
APPROPRIATE AND FORWARDING
DOCUMENTS TO PLAINTIFF

JOHNSON, et. al.,

               Defendants.

_____/

     Jerry Brew ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

this civil rights action filed pursuant to 42 U.S.C. § 1983.  The Complaint appears to state a

cognizable Eighth Amendment claim against Defendants Johnson, Campbell and Hindt.

Accordingly, IT IS HEREBY ORDERED that:

       1.      Service is appropriate for the following defendants:

              SGT.  JOHNSON

              SGT. CAMPBELL

              C/O HINDT

       2.      The Clerk of the Court shall send Plaintiff THREE USM-285 forms, THREE

              summons, a Notice of Submission of Documents form, an instruction sheet and a

1

1    copy of the complaint filed March 18, 2004.

2    3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff SHALL

3          complete the attached Notice of Submission of Documents and submit the

4          completed Notice to the Court with the following documents:

5          a.    Completed summons;

6          b.    One completed USM-285 form for each Defendant listed above; and

7          c.    **FOUR (4)** copies of the endorsed complaint filed March 18, 2004.

8    4.    Plaintiff need not attempt service on Defendants and need not request waiver of

9          service.  Upon receipt of the above-described documents, the Court will direct the

10         United States Marshal to serve the above-named Defendants pursuant to Federal

11         Rule of Civil Procedure 4 without payment of costs.

12   5.    <u>The failure to comply with this Order will result in a Recommendation that this</u>

13         <u>action be dismissed.</u>

14

15   IT IS SO ORDERED.

16   **Dated:    July 15, 2005**                        _____/s/ Lawrence J. O'Neill_____
     b9ed48                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2