UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BREW, | 1:04-cv-05445-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | |
| JOHNSON, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| Defendants. / | |

Plaintiff, Jerry Brew ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 15, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.

6 Accordingly, IT IS HEREBY ORDERED that:

7 1.   The Findings and Recommendations, filed July 15, 2005,
8 are ADOPTED IN FULL;

9 2.   Plaintiff's allegations of retaliation against
10 defendant Reynold, and his Eighth Amendment claim against
11 defendants Eckard and Reynold, are DISMISSED from this action;
12 and,

13 3.   This action proceed on plaintiff's Eighth Amendment
14 claim against defendants Johnson, Campbell, and Hindt.

15 IT IS SO ORDERED.

16 **Dated:  August 26, 2005**                    **/s/ Robert E. Coyle**
   668554                                        UNITED STATES DISTRICT JUDGE

2