UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BREW, | 1:04-cv-05445-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 25) |
| vs. | |
| JOHNSON, et al., | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** (Doc. 18) |
| Defendants. | |

Jerry Brew ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 22, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed March 22, 2006, are ADOPTED IN FULL; and,

2.   Defendants' Motion to Dismiss the action is GRANTED IN PART to the extent that Plaintiff failed to exhaust his administrative remedies with regard to Defendant Hindt, and DENIED IN PART with regard to the Motion to dismiss on the basis of failure to state a claim for relief.

3.   The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:  May 11, 2006**         /s/ Robert E. Coyle
668554                           UNITED STATES DISTRICT JUDGE