UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY BREW, | ) | 1:04-CV-05445-REC-LJO-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO RESPOND TO DISCOVERY |
| v. | ) | REQUESTS |
| | ) | |
| SGT. JOHNSON, et al., | ) | (Doc. 34) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 30, 2006, plaintiff filed a motion for an extension of time to respond to plaintiff's discovery requests. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension of time up to and including November 27, 2006 in which in which to respond to plaintiff's discovery requests.

IT IS SO ORDERED.

**Dated:   November 21, 2006**            /s/ Lawrence J. O'Neill
b6edp0                                             UNITED STATES MAGISTRATE JUDGE