# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BREW,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F04-5445 OWW LJO P<br><br>ORDER DENYING MOTION TO COMPEL DISCOVERY (Doc. 36.) |

　　Jerry Brew ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's original complaint against Defendants Johnson, Campbell, Reynold and Eckard.[1]

　　On July 27, 2006, this Court issued an Order opening discovery. On December 29, 2006, Plaintiff filed a Motion to Compel requests for interrogatories number 102 and requests for production of documents. Plaintiff states that he served these request on or around September 17, 2006. Plaintiff alleges that the discovery responses were "inadequate" and he references the documents as Exhibits A and B. However, none of the attachments were filed with the Court. Thus, the Court can make no determination as to the adequacy of the responses. Further, Plaintiff does not indicate whether he has attempted to resolve his discovery dispute with the Defendants. Finally, Plaintiff did not attach a proof of service to his Motion indicating that he

---

[1] Defendant Hindt was dismissed from the action on May 12, 2006, for failure to exhaust administrative remedies.

1

1 served the Motion on the Defendants.

2     Pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed
3 with the Court <u>must</u> <u>be</u> <u>served</u> <u>on</u> <u>the</u> <u>opposing</u> <u>party</u>.  Local Rule 5-135(b); Fed.R.Civ.P. 5.

4     As the Motion is deficient and Plaintiff has failed to serve the Defendants with the
5 Motion, the Motion is DENIED.

6 IT IS SO ORDERED.

7 **Dated:   January 7, 2007**           /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES MAGISTRATE JUDGE