UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BREW, | 1:04-cv-5445 LJO NEW (DLB) (PC) |
|     Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR |
|     v. | SUMMARY JUDGMENT |
| JOHNSON, et al., | (DOCUMENT #48) |
|     Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On June 21, 2007, plaintiff filed a motion to extend time to file an opposition to the Motion for Summary Judgment (Doc. 46). Inasmuch as plaintiff filed his Opposition on July 13, 2007, and good cause having been presented to the Court, IT IS HEREBY ORDERED THAT plaintiff's motion is GRANTED nunc pro tunc to June 13, 2007.

IT IS SO ORDERED.

Dated: **July 27, 2007**          **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE