IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BREW, | 1:04-cv-05445-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 57.) |
| JOHNSON and CAMPBELL, | ORDER GRANTING DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT |
| | (Doc. 55.) |
| Defendants. | ORDER FOR CLERK TO ENTER JUDGMENT IN FAVOR OF DEFENDANTS AND CLOSE CASE |
| _____/ | |

Jerry Brew ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 10, 2008, findings and recommendations were entered, recommending that defendants' second motion for summary judgment, filed May 27, 2008, be granted. The parties were provided an opportunity to file objections to the findings and recommendations within thirty days. To date, no party to this action has filed objections or otherwise responded to the findings and recommendations.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 10, 2008, are ADOPTED in full;

2. Defendants' second motion for summary judgment, filed May 27, 2008, is GRANTED, concluding this case in its entirety;

3. The Clerk of Court is DIRECTED to enter judgment in favor of defendants and close this case.

IT IS SO ORDERED.

**Dated:   October 20, 2008**              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE